ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Dec-27  15:04:30
60CV-18-8248
C06D05 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

DAREL ADELSBERGER and                                                                  PLAINTIFFS
ANNETTE ADELSBERGER

v.                                          No. 60CV-18-8248

UNION PACIFIC RAILROAD COMPANY                                           DEFENDANT

## ENTRY OF APPEARANCE

Comes now, Joseph P. McKay of Friday, Eldredge & Clark, LLP, and hereby enters his appearance on behalf of Defendant Union Pacific Railroad Company and requests that the Clerk of the Court enter his name as an additional Attorney of Record for Union Pacific Railroad Company in the above matter, and that he receive copies of any and all further notices, pleadings and correspondence in this matter.

Respectfully submitted,

Joseph P. McKay, #99006
Joshua C. Ashley, #2012051
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
Facsimile: (501) 376-2147
Email: jmckay@fridayfirm.com
          jashley@fridayfirm.com

*/s/ Joseph P. McKay*
Joseph P. McKay

## CERTIFICATE OF SERVICE

  I, Joseph P. McKay, certify that a true and correct copy of this filing has been filed with the Court's eFlex filing system, and served by electronic mail and first class U.S. mail postage prepaid on this 27th day of December, 2018 upon:

Stanley D. Rauls
P.O. Box 21665
Little Rock, AR 72221
*sdr@aristotle.net*

            */s/ Joseph P. McKay*
            Joseph P. McKay