# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DAREL ADELSBERGER and ANNETTE ADELSBERGER <br> PLAINTIFFS | |
| V. | CASE NO. 4:19CV00003 SWW |
| UNION PACIFIC RAILROAD COMPANY <br> DEFENDANT | |

## ORDER

Before the Court is the parties' stipulation of dismissal without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure [ECF No. 20]. The parties recognize that the agreed protective order in this case requires return of discovery material upon dismissal, but they have agreed to retain information and material obtained during discovery in this case for future use if the action is refiled.

IT IS THEREFORE ORDERED that pursuant to the parties' stipulation of dismissal [ECF No. 20], this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE